IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE ALLEN MYERS,

    Plaintiff,

v.                        CASE NO. 1:10-cv-00254-MP -GRJ

UNITED STATES,

    Defendant.

_____/

**O R D E R**

Pending before the Court is Plaintiff's Motion for extension of time to file amended Complaint and submit inmate account information. (Doc. 4.) Plaintiff states that he needs additional time to obtain transaction information since his recent transfer and to obtain the names of the Defendants and other pertinent facts before filing an amended complaint as directed. Id. Plaintiff does not request any specific amount of time, but he will be given thirty (30) days from this date.

Accordingly, it is **ORDERED:**

Plaintiff's Motion (doc. 4) is **GRANTED**. Plaintiff shall file an amended complaint and provide inmate account information as previously directed on or before **February 14, 2011**.

**DONE AND ORDERED** this 14th day of January, 2011.

                                      *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge