IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE ALLEN MYERS,

    Plaintiff,

v.                                                                        CASE NO. 1:10-cv-00254-MP-GRJ

JOHN DOE, et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon the filing of a First Amended Complaint (Doc. 7), a Motion for Leave to Proceed *in Forma Pauperis*, and a Prisoner Consent Form with inmate account information. (Doc. 6.) Plaintiff has also filed a Motion to Extend Time to file "the necessary forms." (Doc. 8.) To the extent that Plaintiff is requesting additional time to file the forms supporting the motion for leave to proceed, the motion (Doc. 8) is moot because all the necessary forms are now before the Court. The Court, however, will construe Plaintiff's motion as seeking additional time to complete and return a complaint form and grant the motion as set out below.

Based upon the financial information provided by Plaintiff his Motion To Proceed *In Forma Pauperis* (doc. 6) is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee.

Plaintiff shall pay **$6.16** as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A); however, Plaintiff is assessed the total $350.00 filing fee.[1]

---

[1] See also Wilson v. Sargent, 313 F.3d 1315 (11th Cir. 2002). The initial payment calculated by the prison official certifying Plaintiff's account information was $6.24, but according to the Court's

The agency having custody of Plaintiff shall forward, within **THIRTY (30) DAYS** from the date of this Order, the initial partial filing fee to the Clerk of Court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court" and sent to: United States District Court, Northern District of Florida, Office of the Clerk, 111 North Adams Street, Suite 322, Tallahassee, Florida 32301-7717. Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

> (1) the full name of the prisoner; (2) the prisoner's inmate number; and (3) the Northern District of Florida Case Number; see front page.

Checks or money orders which do not have this information will be subject to return.

After payment of the initial partial fee, Plaintiff will be required to make monthly payments of twenty percent of the preceding month's income (all funds deposited into the account) credited to the account. The agency having custody of Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the Clerk each time the amount in the account exceeds $10.00. These payments shall continue until the full $350.00 filing fee is paid. The prisoner information described above must be included with each payment.

Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency having custody over him lapses in its duty to make payments on his behalf.

---

calculations $6.16 represents twenty percent of Plaintiff's average monthly deposits for the preceding six months.

*Case No: 1:10-cv-00254-MP -GRJ*

Thus, in case of transfer, Plaintiff should ensure that any new institution is advised of this lawsuit and Plaintiff's payment obligations. Plaintiff should retain a copy of this Order for that purpose.

The **Clerk** shall **MAIL** a copy of this order, with the appropriate cover letter, to: Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL 32399-2500.

## AMENDMENT OF COMPLAINT

The Court has conducted a review of the First Amended Complaint and finds that Plaintiff must file a second amended complaint or risk dismissal of this lawsuit. Plaintiff filed only three pages of the form complaint and failed to include any facts or any claims against the three "John Doe" defendants. (Doc. 7.) Plaintiff's original "complaint," entitled "Confidential Legal Correspondence," was not filed on the proper form and failed to assert any identifiable claims against any named defendants. (Doc. 1.)

In light of Plaintiff's *pro se* status, the Court will permit Plaintiff **one** more opportunity to fill out the complaint form in its entirety and to state his claims with specificity. Plaintiff should mark the new complaint as the "Second Amended Complaint." The amended complaint must include all of Plaintiff's claims in this action and should not refer back to the original complaint. In amending, Plaintiff should carefully review the following to determine whether he can present allegations sufficient to state a cause of action:

> 1) Plaintiff must state what rights have been violated under the Constitution, laws or treaties of the United States. It is improper for the Plaintiff to merely list constitutional or federal rights. Further, Plaintiff must provide support in

the statement of facts for the claimed violations.

2) Plaintiff should clearly describe how each named defendant is involved in the alleged constitutional violation(s) in the body of the complaint. Plaintiff should note that in civil rights cases, more than conclusory and vague allegations are required to state a cause of action. Plaintiff must also show how he was harmed or injured by the actions and/or omissions of the defendant(s).

3) Plaintiff should name only defendants who participated in the alleged deprivation of constitutional rights or those persons who directed the action and/or omission that resulted in such deprivation.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 6) is **GRANTED**.

2. Plaintiff's Motion to Extend Time (Doc. 8) is **GRANTED,** insofar as Plaintiff shall have through **March 10, 2011**, to complete and return a Second Amended Complaint in its entirety and on the form sent to him.

3. The **Clerk** is directed to send the Plaintiff a blank Civil Rights complaint form.

4. Failure to file an amended complaint within the allotted time will result in a recommendation to the district judge that this cause be dismissed.

**DONE AND ORDERED** this 17th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge