IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE ALLEN MYERS,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00254-MP -GRJ

JOHN DOE, JOHN DOE, JOHN DOE, UNITED STATES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for lack of venue. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Plaintiff has failed to explain why venue would be proper in the Northern District when the events in the complaint happened at a prison in the Middle District and his conviction was in a county in the Middle District. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This case is dismissed and the Clerk is directed to close the file.

**DONE AND ORDERED** this *22nd* day of April, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge